Opinion issued April 1, 2010

     



 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-10-00006-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



IN RE ROBERT JOHN SCHLEIN, Relator

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 

 



MEMORANDUM OPINION [1]

 

By petition for writ of mandamus,
relator, Robert John Schlein, seeks mandamus relief compelling the trial court
to vacate a protective order.  On March
9, 2010, Schlein moved to dismiss the petition for mandamus as moot.                








We dismiss the petition for
writ of mandamus as moot.  All pending
motions are overruled as moot.      

Per Curiam                                      

 

Panel consists of Justices Keyes, Sharp, and
Massengale.    

 

       











[1]           The
underlying case is Barbara Regina Schlein v. Robert John Schlein, No.
2009-70834 in the 280th Judicial District Court of Harris County, Texas, the
Hon. Tony Lindsay, presiding.